# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THOMAS HEATON SPITTERS,

        Plaintiff,

    v.

GARY LOEBNER,

        Defendant.

Case No. 5:18-cv-02759 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward M. Chen to determine whether it is related to 3:17-cv-07306 EMC, Thomas H. Spitters v. Laurence L. Spitters.

IT IS SO ORDERED.

Date: May 11, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge